THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,  )<br>    Plaintiff,  )<br>)<br>v.  )<br>)<br>DISTRICT OF COLUMBIA  )<br>    Defendant.  )<br>) | Civil Action No. 07-1444 RMC |

## RETURN OF SERVICE AFFIDAVIT

Attached hereto is the return of service affidavit for the above-captioned action, dated August 22, 2007.

    Respectfully submitted,

    /s/ Douglas Tyrka
    Douglas Tyrka, #467500
    Tyrka & Associates, LLC
    1726 Connecticut Ave., NW, Suite 400
    Washington, D.C.  20009
    Phone:  (202) 265-4260
    Fax:  (202) 265-4264

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/22/07 |
| NAME OF SERVER (PRINT) | TITLE |
| Camille McKenzie | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Mayor's Office
1350 Pennsylvania Ave NW rm 419 WDC 20004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.88 | $3.62 | $19.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/07
         Date                    Signature of Server: Camille McKenzie

Address of Server: 1726 Connecticut Ave NW WDC 20009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.