UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-1444 (RMC) |

**ORDER TO SHOW CAUSE**

On August 9, 2007, Plaintiff filed the complaint in this matter. The court record reflects that on August 22, 2007, Defendant was served with a copy of the complaint and a summons. The record further reflects that Defendant has never filed an answer to Plaintiff's complaint. Despite Defendant's failure to comply with Federal Rule of Civil Procedure 12(a)(1)(A), Plaintiff has not pursued any further action with respect to this case by, *e.g.*, pursuing an entry of default judgment under Federal Rule of Civil Procedure 55(a).

Accordingly, it is hereby

**ORDERED** that on or before January 5, 2007, the plaintiff **SHOW CAUSE** why the court should not dismiss this case pursuant to Local Rule 83.23 for failure to prosecute.

Date: December 10, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge