THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-1444<br>)  RMC<br>)<br>)<br>)<br>) |

### PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

The Plaintiff filed her Complaint in the above-captioned matter with this Court on August 9, 2007, seeking relief under the Individuals with Disabilities Education Act. 20 U.S.C. § 1400 et seq. The Plaintiff's Complaint was served on the Defendant on August 22, 2007. See Return of Service Affidavit, filed October 5, 2007.

The Defendant, as of this filing, has failed to plead or otherwise defend against the Complaint. The Plaintiff is submitting an affidavit for the entry of default contemporaneously with this filing. For this reason, the Plaintiff should not be found to have failed to prosecute her case.
.

                          Respectfully submitted,

                          /s/ Douglas Tyrka
                          Douglas Tyrka, #467500
                          Tyrka & Associates, LLC
                          1726 Connecticut Ave., NW, Suite 400
                          Washington, D.C.  20009
                          Phone:  (202) 265-4260
                          Fax:  (202) 265-4264
                          tyrka@tyrkalaw.com