Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ALICE PEAK**

Plaintiff(s)

v.

Civil Action No. **07-1444 (RMC)**

**DISTRICT OF COLUMBIA**

Defendant(s)

RE: DISTRICT OF COLUMBIA

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 22, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of December, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk