UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-1444 (RMC)<br>)<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on August 9, 2007. The record reflects that Defendant District of Columbia was served with a summons and copy of the complaint on August 22, 2007. Upon Plaintiff's affidavit under Federal Rule of Civil Procedure 55(a), the Clerk entered default as to the District of Columbia on December 17, 2007. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before April 4, 2008, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.


Date: March 4, 2008　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge