THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)   Civil Action No. 07-1444<br>)   RMC<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

The Plaintiff filed her Complaint in the above-captioned matter with this Court on August 9, 2007, seeking relief under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq. The Plaintiff's Complaint was served on the Defendant on August 22, 2007. See Return of Service Affidavit, filed October 5, 2007. The Defendant, as of this filing, has failed to plead or otherwise defend against the Complaint. On December 17, 2007, the Clerk entered default against the District of Columbia.

The Plaintiff is filing a motion for default judgment contemporaneously with this filing. For this reason, the Plaintiff should not be found to have failed to prosecute her case.

.

                                              Respectfully submitted,

                                              /s/ Douglas Tyrka
                                              Douglas Tyrka, #467500
                                              Tyrka & Associates, LLC
                                              1726 Connecticut Ave., NW, Suite 400
                                              Washington, D.C.  20009
                                              Phone:  (202) 265-4260
                                              Fax:  (202) 265-4264
                                              tyrka@tyrkalaw.com