## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALICE PEAK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1444 (RMC)** |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT
### SHOULD NOT BE ENTERED

On September 13, 2007, Plaintiff Alice Peak filed a Complaint against Defendant District of Columbia, alleging violations of the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.* On August 22, 2007, the District of Columbia was served with the Summons and Complaint. *See* Dkt. # 2. Defendant's answer was due September 11, 2007. Defendant has failed to appear, plead, or otherwise defend Plaintiff's Complaint as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Defendant on December 17, 2007. *See* Dkt. # 6. On March 31, 2008, Plaintiff filed a motion for default judgment. *See* Dkt. # 9. Accordingly, it is hereby

**ORDERED** that on or before May 16, 2008, Defendant District of Columbia shall **SHOW CAUSE** why the Court should not grant Plaintiff's motion for default judgment [Dkt. # 9].

**SO ORDERED**.

Date:   April 18, 2008

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge