UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICE PEAK,                                  ) | |
| )| |
| Plaintiff,                           ) | |
| ) | |
| v.                                           ) | Civil Action No. 07-1444 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA,             ) | |
| ) | |
| Defendant.                       ) | |
| ) | |

## ORDER

On September 13, 2007, Plaintiff Alice Peak filed a Complaint against Defendant District of Columbia, alleging violations of the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.* On August 22, 2007, the District of Columbia was served with the Summons and Complaint. *See* Dkt. # 2. Defendant's answer was due September 11, 2007. Defendant has failed to appear, plead, or otherwise defend Plaintiff's Complaint as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Defendant on December 17, 2007. *See* Dkt. # 6.

On March 31, 2008, Plaintiff filed a Motion for Default Judgment. *See* Dkt. # 9. The Court issued an Order on April 18, 2008, directing the District of Columbia to show cause no later than May 16, 2008, why the Court should not grant Plaintiff's Motion for Default Judgment. *See* Dkt. # 10. The District of Columbia failed to respond to the Order. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [Dkt. # 9] is **GRANTED**; and it is

**DECLARED** that the District of Columbia Public Schools ("DCPS") violated the

IDEA and denied R.P. a Free Appropriate Public Education ("FAPE") by failing to comply with the terms and conditions of a November 14, 2006 Hearing Officer's Determination ("HOD"); and it is further

**DECLARED** that DCPS violated the IDEA and denied FAPE to R.P. by failing to timely conduct and review a comprehensive non-verbal cognitive evaluation of R.P.; and it is further

**ORDERED** that DCPS shall convene a multi-disciplinary team ("MDT") meeting within 15 school days, and at that meeting shall accomplish the objectives outlined in the November 14, 2006 HOD and develop an appropriate compensatory education plan to compensate R.P. for the violations identified above.

**SO ORDERED.**


Date:   May 27, 2008                                         /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge