UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALICE PEAK,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-1444 (RMC)<br>)<br>)<br>)<br>) |

**ORDER**

On May 27, 2008, the Court granted Plaintiff's Motion for Default Judgment. *See* Dkt. # 10. The Court, in its Order, directed the District of Columbia Public Schools ("DCPS") to convene a multi-disciplinary team meeting within 15 school days to accomplish the objectives outlined in the November 14, 2006 Hearing Officer's Determination and to develop an appropriate education plan to compensate R.P. *See id*. There has been no request for this Court's assistance since the Order was issued. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date:   September 5, 2008

                                                                  /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge